[No. 58639-4-I.   Division One.   July 9, 2007.]

JOHN P. GREENE, *Appellant*, v. KENT HARWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-27207-6, Julie Spector, J., entered July 26, 2006. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 58669-6-I.   Division One.   July 9, 2007.]

JORDA L. HATCH, *Plaintiff*, v. THE CITY OF ALGONA, *Appellant*, THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-03631-1, LeRoy McCullough, J., entered March 2, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ. Now published at 140 Wn. App. 752.

[No. 58774-9-I.   Division One.   July 9, 2007.]

SVETLANA KOZUB ET AL., *Respondents*, v. JOSEPH BONOGOFSKY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-01671-0, Michael Heavey, J., entered August 3, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.

[No. 58833-8-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DESMOND HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11033-0, Helen Halpert, J., entered September 7, 2006. *Affirmed* by unpublished per curiam opinion.